Michael P. Lehmann (Bar No. 77152)
Christopher L. Lebsock (Bar No. 184546)
Bonny E. Sweeney (Bar No. 176174)
Bruce J. Wecker (Bar No. 78530)
Stephanie Y. Cho (Bar No. 291903)
**HAUSFELD LLP**
44 Montgomery St.
San Francisco, CA 94104
Phone: (415) 633-1908
Fax: (415) 358- 4980

*Counsel for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEACH ROAD MUSIC LLC**, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>**RDIO INC.**,<br><br>Defendant. | Case No. 15-cv-00698<br><br>CLASS ACTION<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]** |

1 **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Beach Road Music LLC hereby dismisses this action without prejudice.

Dated: February 18, 2015        /s/   *Michael P. Lehmann*
                                Michael P. Lehmann (State Bar No. 77152)
                                *mlehmann@hausfeld.com*
                                Christopher L. Lebsock (State Bar No. 184546)
                                *clebsock@hausfeld.com*
                                Bonny E. Sweeney (State Bar No. 176174)
                                *bsweeney@hausfeld.com*
                                Bruce J. Wecker (State Bar No. 78530)
                                *bwecker@hausfeld.com*
                                Stephanie Y. Cho (State Bar No. 291903)
                                *scho@hausfeld.com*
                                **HAUSFELD LLP**
                                44 Montgomery St.
                                San Francisco, CA 94104
                                Phone: (415) 633-1908
                                Fax: (415) 358-4980

                                Michael D. Hausfeld (*pro hac vice*)
                                *mhausfeld.hausfeld.com*
                                James J. Pizzirusso (*pro hac vice*)
                                *jpizzirusso@hausfeld.com*
                                Nathaniel C. Giddings (*pro hac vice*)
                                *ngiddings@hausfeld.com*
                                **HAUSFELD LLP**
                                1700 K Street, N.W., Suite 650
                                Washington, D.C. 20006
                                Phone: (202) 540-7200
                                Fax: (202) 540-7201

                                *Counsel for Plaintiff*

– 1 –
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 15-cv-00698